491 P.2d 739

Wilson P. LOCKRIDGE, Plaintiff-Respondent and Cross-Appellant,

v.

AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY AND MOTOR COACH EMPLOYEES OF AMERICA, an International Labor Union, and Northwest Division 1055 of the Amalgamated Association of Street, Electric Railway and Motor Coach Employees of America, a regional division of the International Union, Defendants-Appellants.

No. 9959.

Supreme Court of Idaho.

Dec. 10, 1971.

McClenahan & Greenfield, Boise, Cole & Groner, Washington, D. C., Bailey,

---

Swink & Haas, Portland, Or., Earle W. Putnam, Washington, D. C. (before the Supreme Court of the United States, only), for defendants-appellants.

Anderson, Kaufman, Anderson & Ringert, Boise, for plaintiff-respondent.

PER CURIAM.

This is an action by a former member of a labor union against the union for reinstatement to membership and for damages resulting from improper discharge from membership. On October 15, 1969, a majority of this Court affirmed, as modified, the judgment below in favor of respondent, and remanded the cause for restoration of respondent's rights in the union. 93 Idaho 294, 460 P.2d 719 (1969). The Supreme Court of the United States granted certiorari March 30, 1970, 397 U.S. 1006, and in a divided decision, issued June 14, 1971, reversed with costs the judgment of this Court and remanded for further proceedings consistent with its opinion. 403 U.S. 274, 91 S.Ct. 1909, 29 L.Ed.2d 473 (1971).

The opinion of the United States Supreme Court requires that judgment of the trial court be reversed, and cause remanded. The judgment of the trial court is reversed, and the cause is remanded.

Costs to appellants.